**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

EDWARD C. McREADY        \*

                                    \*

                                    \*

                                    \*       **Civil No.  JKS 08-2347**

                                    \*

MARTIN O'MALLEY, et al.      \*

                                    \*

**MEMORANDUM OPINION**

Presently pending is Plaintiff's Motion to (1) Compel Supplemental Responses to Plaintiff's First Requests for Production of Documents From Defendants Greg von Lehman, Rhea Reed, Lawrence Leak, Susan Aldridge, Shawna Acker-Ball and Thomas Hogan and to Plaintiff's First Set of Interrogatories to Defendant Reed, and (2) Impose Sanctions.  (Dkt. No. 46).  Defendants responded, (Dkt. No. 54), and Plaintiff replied.  (Dkt. No. 58).  No hearing is deemed necessary, and Plaintiff's motion will be granted in part and denied in part.

Defendants von Lehmen, Reed, Leak, Aldridge, Acker-Ball and Hogan have agreed supplement their responses to Document Request No. 2, and Reed has agreed to amend his response to Interrogatory No. 3.  Defendants shall submit those responses by September 4, 2009. All claims of privilege must be properly supported.

For reasons stated in the July 23rd letter order, sanctions will not be imposed.

Date: August 27, 2009                                  /s/

                                            JILLYN K. SCHULZE
                                    United States Magistrate Judge